IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DELVYN LAMONTE TAPLIN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>UNION PACIFIC RAILROAD<br>COMPANY,<br><br>                    Defendant. | **8:18CV394**<br><br><br>**INITIAL PROGRESSION ORDER** |

IT IS ORDERED that the initial progression order is as follows:

1) A status conference to discuss case progression and potential settlement will be held with the undersigned magistrate judge on **May 21, 2019 at 10:00 a.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Written discovery and depositions may begin at any time.

3) Plaintiff's mandatory disclosures shall be served by March 18, 2019.

4) Defendant's mandatory disclosures shall be served by May 1, 2019.


Dated this 1st day of November, 2018.


                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge